IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CV518** |
| Plaintiff, | ) | |
| vs. | ) | |
| **JIM FREEMAN,** | ) | **ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT** |
| Defendant, | ) | |
| and | ) | |
| **OMAHA PUBLIC SCHOOLS,** | ) | |
| Garnishee. | ) | |

This matter comes before this Court on the Application For Writ of Continuing Garnishment (Filing No. 12) submitted by the Plaintiff, United States of America, for a Writ of Continuing Garnishment against Omaha Public Schools, the garnishee.  For good cause shown,

IT IS HEREBY ORDERED:

1) The Application (Filing No. 12) is granted;

2) The United States is hereby authorized to recover, as part of this garnishment, a surcharge of 10 percent of the amount of the outstanding debt in connection with the recovery of the debt, to cover the costs of processing and handling the enforcement proceeding pursuant to 28 U.S.C. § 3011(a);

3) The Clerk of the Court is hereby directed to issue a Writ of Continuing Garnishment against Omaha Public Schools, whose address is 3215 Cuming

Street, Omaha, NE 68131, in accordance with the terms requested in the

Application (Filing No. 12).

DATED this 2nd day of September, 2009.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                United States District Judge